|   |   |   |
|---|---|---|
| 1 | Cherryl Worley ) | |
| 2 | ) Petitioner ) | *E-FILED - 11/6/14* |
| 3 | ) v. ) | |
| 4 | ) United States of America, ) | No. CR 10-00524 DLJ C 13-03951 |
| 5 | ) ) | (Appeal No. 14-16716) **ORDER** |
| 6 | Respondent. ) _____) | |

On August 23, 2012, Petitioner Cherryl Worley (Worley) was sentenced to 84 months in prison for one count of violation of 18 U.S.C. § 1344, Bank Fraud; and five counts of violation of 18 U.S.C. § 1029(a)(2) Fraud and Related Activity in Connection with Access Devices. Final Judgement was entered by the Court on August 30, 2012. On August 29, 2013, Worley filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct her Sentence.

The Motion claimed ineffective assistance of counsel alleging four separate errors at the sentencing. The Court found that Petitioner had made no showing of ineffective assistance of counsel and for that reason by Order of July 11, 2014, denied petitioner's Motion Under 28 U.S.C. § 2255.

On August 20, 2014, Worley filed in this court a Notice of Intent to Appeal the July 11, 2014 Order to the Ninth Circuit. On September 9, 2014 the Ninth Circuit assigned appellate case number 14-16716 to Worley's case pending a issuance of a Certificate of Appealability by this Court.

On October 16, 2014 the Ninth Circuit issued a limited remand to this Court for the purpose of the Court granting or denying a Certificate of Appealability. Worley has failed to

1  make a substantial showing that her claim of ineffective
2  assistance of counsel amounted to a denial of her
3  constitutional rights or to demonstrate that a reasonable
4  jurist would find the denial of her claim debatable or wrong.
5  See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Consequently,
6  the Court finds that the standards for granting a Certificate
7  of Appealability have not been met in this case and a request
8  for a Certificate of Appealability is DENIED. See United
9  States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

12           IT IS SO ORDERED.

14  Dated: October 31, 2014          _____

15                                   D. Lowell Jensen
                                     United States District Judge

2

Copy of Order Mailed on 11/6/14 to:

**Cherryl Worley**
97225-011
FPC Dublin
5675 8th Street, Camp Parks
Dublin, CA 94568
PRO SE

3